(November 18, 1948.)

NICK MASTRODONATO, Appellant, v. PATSY MORABITO et al., Respondents.— Judgment affirmed, with costs. All concur, except Larkin and Love, JJ., who dissent and vote for reversal and for granting a new trial upon the ground that tender was unnecessary as the record discloses that the defendants refused performance before the closing date and at no time was ready to convey. (The judgment dismisses the complaint in an action to compel specific performance.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

GERTRUDE TICE, Respondent, v. OPPENHEIM COLLINS & Co., Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the evidence does not sustain the findings of the jury as to the negligence of the defendant and contributory negligence of the plaintiff. All concur, except Larkin, J., who dissents and votes for affirmance. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

WAYNE MOULTON, Appellant, v. HARTFORD FIRE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. Memorandum: The coverage provisions of the policy in suit provide: " This policy covers the legal liability of the assured as a carrier and/or bailee and/or warehouseman under tariff and/or bill of lading and/or shipping receipt issued by the assured ". Since plaintiff adduced no evidence tending to establish that the loss for which recovery is sought came within these provisions, the court properly set aside the verdict in plaintiff's favor and granted defendant's motion for direction of a verdict in its favor. All concur. (The judgment dismisses the complaint. The order denies plaintiff's motion to set aside a previous order which set aside a verdict of a jury in favor of plaintiff and directed a verdict in favor of defendant for no cause of action in an action under an indemnity insurance policy.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ. [See post, p. 1089.]